■ Lynn Realty Corp., Respondent, v Steven Unger et al., Appellants. [621 NYS2d 863] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered September 9, 1993, which dismissed defendants' counterclaims, unanimously affirmed, with costs.

Defendants completely ignored interrogatories properly served on them for more than a year, despite several requests by plaintiff and an order of the IAS Court to respond within 30 days or suffer dismissal of the counterclaims. Under the circumstances, it was not an improvident exercise of discretion for the court to strike the counterclaims upon plaintiff's motion *(Sony Corp. v Savemart, Inc.,* 59 AD2d 676). Concur— Murphy, P. J., Sullivan, Wallach, Nardelli and Tom, JJ.

■ The People of the State of New York, Respondent, v Edwin Medina, Appellant. [621 NYS2d 864] —Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered on or about January 11, 1993, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal. Additionally, we have considered defendant's *pro se* arguments and find them to be without merit.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Murphy, P. J., Sullivan, Wallach, Nardelli and Tom, JJ.